B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Nebraska

In re  Keystone Group, L.L.C._____ ,                    Case No. _____
                    Debtor

                                                                                        Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| See attached Exhibit A (4 pgs) | | | | |

Date:  7-9-10                          _____
                                                                                     Debtor

[*Declaration as in Form 2*]

Exhibit 2 – List of creditors holding 20 largest unsecured claims (4 pages)
Re: Keystone Group, L.L.C.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.)* | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| 4Business Only.Net<br>2002 North 204th St.<br>Elkhorn, NE 68022 | Bill Klumper<br>2002 North 204th St.<br>Elkhorn, NE 68022<br>402-289-2220 | Trade Debt | | 730.28 |
| A-1 United Heating & Air Conditioning<br>4972 F St.<br>Omaha, NE 58117<br>402-253-0811 | The Liquidators<br>P.O. Box 27403<br>Ralston, NE 68127<br>402-734-2767<br>"Don" | Trade Debt | | 981.09 |
| Able Plumbing Inc.<br>2336 Bob Boozer Dr.<br>Omaha, NE 68130-2558 | 402-334-8887 | Trade Debt | | 2,434.00 |
| Royal Cover<br>10305 S. 176th St.<br>Omaha, NE 68136 | 402-216-5156 | Trade Debt<br>Real Estate Taxes ($13,782.68)<br>Special Assessment ($416.41) | | 49,331.09 |
| Douglas Country Treasurer<br>Attn: Property Division<br>1819 Farnam St.<br>Omaha, NE 68183-0003 | 402-444-7082<br>402-444-7103 | Personal Property Taxes | | 1,484.28 |

1

Exhibit 2 – List of creditors holding 20 largest unsecured claims (4 pages)
Re: Keystone Group, L.L.C.

| Creditor | Phone | Type | Amount |
|---|---|---|---|
| G. Neil<br>720 International Parkway<br>PO Box 450939<br>Sunrise, FL 33345 | 800-999-9111 | Trade Debt | 167.45 |
| Help System Services Inc.<br>2505 N. 24th St., Suite 507<br>Omaha, NE 68110 | 402-455-9000 | Trade Debt | 561.75 |
| Home Depot Credit Services<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | 800-685-6691 | Trade Debt | 4,029.25 |
| Johnson Hardware Co.<br>P.O. Box 3628<br>Omaha, NE 68103 | 402-346-6032 | Trade Debt | 81.04 |
| Lutz & Co.<br>13616 California Street, Suite 300<br>Omaha, NE 68154-5335 | Jim Honz<br>13616 California Street, Suite 300<br>Omaha, NE 68154-5335<br>402-496-8800 | Trade Debt | 5,312.02 |
| Metropolitan Utilities District<br>1723 Harney St.<br>Omaha, NE 68102 | 402-504-7002<br>402-554-6666 | Trade Debt | 460.31 |

2

Exhibit 2 – List of creditors holding 20 largest unsecured claims (4 pages)
Re: Keystone Group, L.L.C.

| Creditor | Phone | Type | Amount |
|---|---|---|---|
| Nebraska Workforce Development Dept. of Labor Unemployment Insurance P.O. Box 94600 Lincoln, NE 68509 | 402-471-9940 | Nebraska Unemployment Insurance | 4,141.51 |
| Nebraska Department of Revenue P.O. Box 98915 Lincoln, NE 68509 | 402-471-5729 | Income Tax Withholding | 11,352.46 |
| Omaha Public Power District P.O. Box 3995 Omaha, NE 68103 | 402-536-4131 402-552-5330 | Trade Debt | 523.65 |
| Pansing Hogan Ernst & Bachman LLP 10250 Regency Circle, Suite 300 Omaha, NE 68114 | 402-397-5500 | Trade Debt | 3,254.50 |
| Papillion Sanitation 10810 S. 144th St. Omaha, NE 68138 | 402-891-0583 | Trade Debt | 115.47 |
| Paychex Inc. 13160 Foster St., Suite 130 Shawnee Mission, KS 66213 | 913-814-7776 | Trade Debt | 149.36 |

3

Exhibit 2 – List of creditors holding 20 largest unsecured claims (4 pages)
Re: Keystone Group, L.L.C.

| | | | |
|---|---|---|---|
| Payflex Systems USA, Inc. 302 S. 36th St, Suite 700 Omaha, NE 68131 | 402-345-5000 | Trade Debt | 410.00 |

4