oflmtrx (04/06)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

---

In Re:

    Keystone Group, L.L.C.

    Debtor(s)

Bankruptcy Proceeding No. 10–81969
Chapter 11

---

**ORDER**

    This case is before the court upon its own motion because the debtor(s) failed to timely file a duly completed list of creditors (a "matrix"), as required by Bankruptcy Code § 521(1), Bankruptcy Rule 1007(a) and Neb. R. Bankr. P. 1007(2).

    IT IS HEREBY ORDERED, that this case shall be dismissed without further notice or hearing if the debtor fails to file a duly completed matrix within seven (7) days hereof. See Bankruptcy Rule 9006(a).

    Dated: 7/9/10

                                                               BY THE COURT:

                                                               /s/ Timothy J. Mahoney
                                                               Bankruptcy Judge

Copies mailed or electronically sent by the court to:
Debtor, Keystone Group, L.L.C., 501 S. 13th St., Omaha, NE 68102
Debtor's Attorney, Robert F. Craig @ robert@craiglaw.org